UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**
JUN - 4 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| **Kim Gibson et al,** | ) Case No. 1:19-CV-538 |
| Plaintiffs, | ) |
| | ) **Judge Dan Aaron Polster** |
| vs. | ) |
| | ) <u>**STIPULATED DISMISSAL ENTRY**</u> |
| **U.S. Bank, National Association,** | ) |
| | ) |
| Defendant. | ) |

The Court held a Case Management Conference on June 4, 2019, at which time the Court mediated a settlement. Accordingly, we, the attorneys for the respective parties, do hereby stipulate that the above-captioned case is settled and dismissed with prejudice, each party to pay its own costs.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

_____
Attorney for Plaintiffs

_____
Attorney for Defendant

**IT IS SO ORDERED.**

_____     06/04/2019
**Dan Aaron Polster**                                Date
**United States District Judge**